# EXHIBIT A

## CERTIFICATION

I, David Monk, hereby certify as follows:

1. I have reviewed a complaint filed against Shanda Games Limited. ("Shanda") alleging violations of the federal securities laws;

2. I did not purchase publicly traded shares of Shanda at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. I am willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4. I held 6,500 shares of Shanda as of November 18, 2015;

5. I have not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years;

6. Beyond my pro rata share of any recovery, I will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 8th day of May, 2018.

David Monk