# EXHIBIT A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Michelle H. Kichline, on behalf of Chester County Employees' Retirement Fund ("Chester County"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Chair of Chester County. I have reviewed the complaint filed in this matter. Chester County has authorized the filing of this motion for appointment as lead plaintiff.

2. Chester County did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Chester County is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Chester County fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Chester County was holding 1,559 shares of Shanda Games, Ltd. ADS shares on: (i) April 3, 2015, when the planned sale of Shanda Games, Ltd. to Capitalhold Limited (the "Merger") was announced; (ii) October 14, 2015, the record date used to determine which stockholders were entitled to vote on the Merger; and (iii) November 19, 2015, the date the Merger closed.

5. Chester County has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*In re Volkswagen "Clean Diesel" Cases*, No. 15-cv-1218 (E.D. Va.)
*Lifestyle Investments, LLC v. Amicus Therapeutics, Inc.*, No. 15-cv-7350 (D. N.J.)
*Robb v. Fitbit Inc.*, No. 16-cv-151 (N.D. Cal.)
*Westchester Putnam Counties Heavy and Highway Benefit Funds v. Brixmor Property Group, Inc.*, No. 16-cv-2400 (S.D.N.Y.)
*Ranson v. Deutsche Bank Aktiengesellschaft*, No. 16-cv-3495 (S.D.N.Y.)

6. Chester County will not accept any payment for serving as a representative party on behalf of the Class beyond Chester County's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare, under penalty of perjury, that the following is true and correct to the best of my knowledge. Executed this 21st day of May, 2018.

_____
Michelle H. Kichline
Chair
*Chester County Employees' Retirement Fund*