# EXHIBIT A

## TO ALL TO WHOM THESE PRESENTS SHALL COME

I, **VICTOR KOH KOON HOR**, Notary Public, duly authorised admitted appointed and practising in the Republic of Singapore, do hereby certify that I was present on the 26th day of July, 2018 and did see RAFINYI BIN AHLIAS (holder of Singapore NRIC No. S1668653A) the person named in the annexed document herein duly sign seal and execute the same and that from my own personal knowledge I know that the name RAFINYI BIN AHLIAS is of the proper handwriting of the said RAFINYI BIN AHLIAS.

**IN TESTIMONY WHEREOF I**, the said Notary have hereunto subscribed my name and affixed my seal of office this 26th day of July, 2018.

**WHICH I ATTEST**

**NOTARY PUBLIC,
SINGAPORE**




IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ASTOR BK REALTY TRUST, et al.** | )<br>) |
| Plaintiffs | )<br>) |
| vs. | ) Case No. 1:18-cv-02463-ALC<br>) |
| **SHANDA GAMES LIMITED et al.,** | )<br>) |
| Defendants. | )<br>) |

### AFFIDAVIT OF SERVICE UPON DEFENDANT
### HENG WING CHAN

Comes now RAFINYI BIN AHLIAS (SINGAPORE NRIC NO. S1668563/A), who, upon oath, states the following:

1. I am a professional process server, and am authorized to serve process in Singapore.

2. On July 19, 2018, I was instructed by Nadia Ui Mhuimhneachain, Esq., a solicitor of the Singapore law firm Kalco Law, LLC to serve the following documents upon HENG WING CHAN (hereafter, "Chan") in the above-referenced matter:

    - Amended Summons in a Civil Action
    - Class Action Complaint with Exhibit A
    - Electronic Case Filing Instructions (through Jan. 3, 2018)
    - Individual Practices of Andrew L. Carter, Jr. (to Nov. 4, 2016), Attachments A-B
    - Blank Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

3. Ms. Ui Mhuimhneachain was acting at the request of Aaron Lukken, Esq., Viking Advocates, LLC of Kansas City, Missouri, who was in turn instructed by Carol Villegas, Esq., plaintiff's counsel at Labaton Sucharow LLP of New York City.

4. According to plaintiff's counsel, Mr. Chan's address is:

    28 Leonie Hill
    #21-30 Leonie Towers
    Singapore 239227

5. At 2:20 p.m. on Thursday, July 19, 2018, I travelled to that address and was met by Mr. Chan himself. He is described as a Chinese Man in his late 60s, approximately 1.68m tall.

6. I handed him the above referenced documents and asked him to sign a copy of the summons; a copy of that summons bearing his acknowledgement is attached hereto as Exhibit A.

7. I believe service in this matter to have been effected according to the laws of the Republic of Singapore for cases heard in that jurisdiction, particularly Order 10 of the Singapore Rules of Court.

I affirm that the foregoing statements are true to the best of my knowledge.

Respectfully submitted,

RAFINYI BIN AHLIAS
Process Server to
KALCO LAW LLC
101A Upper Cross St #12-17
People's Park Centre
Singapore 058358

Subscribed and affirmed before me at Singapore
on July 26, 2018

~~Commissioner of Oaths~~/Notary Public

*NOTARY PUBLIC*
*Victor Koh Koon Hor*
*N2018/0123*
*1 Apr 2018 – 31 Mar 2019*
*SINGAPORE*

# EXHIBIT A

OFFICE COPY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

IN RE SHANDA GAMES LIMITED
SECURITIES LITIGATION

)
)
)
)
)
*Plaintiff(s)*
v.
)
)   Civil Action No. 1:18-cv-02463-ALC
)
)
)
)
)
*Defendant(s)*

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Heng Wing Chan (A/K/A Wing Chan Heng)
Independent Director
c/o Temasek Holdings (Pte) Ltd.
608 Orchard Road
#06-18 Tower 2
The Atrium@ Orchard
Singapore, 238891

A lawsuit has been filed against you.                    19/7/18 @ 2.20pm

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carol C. Villegas
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JUL 17 2018

*Signature of Clerk or Deputy Clerk*

✓ On Thursday the 19/07/18 @ 2.30pm I did served the Amended Summon in a Civil Action on the defendant, Chang Wing Chew formally at 28 Leonie Hill #21-30, who admitted that he is the defendant and acknowledge served. Defendant is a Chineseman, with height about 1.65m and around 65-70 yrs old.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated,

                 Plaintiff,

vs.

SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN,

                 Defendants.

Case No. _____

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF SECTIONS 10(b), 14(a) AND 20(a) OF THE SECURITIES EXCHANGE ACT OF 1934**

**JURY TRIAL DEMANDED**

---

## CLASS ACTION COMPLAINT

Plaintiff Astor BK Realty Trust ("Plaintiff"), on behalf of itself and all others similarly situated, by and through its attorneys, alleges the following upon information and belief, including investigation of counsel and review of publicly-available information, except as to those allegations pertaining to Plaintiff, which are alleged upon personal knowledge:

### NATURE OF THE ACTION

1. This is a class action brought by Plaintiff on behalf of itself and the other former ordinary stockholders and owners of American Depositary Shares ("ADS") of Shanda Games Limited ("Shanda" or the "Company") except Defendants (defined below) and their affiliates, against Shanda, Yingfeng Zhang ("Zhang"), Shanda's Chief Executive Officer and Chairman of its board of directors, Li Yao ("Yao"), Shanda's Chief Financial Officer and a Director, and the other members of Shanda's board of directors (together with Zhang and Yao, the "Board" or the "Individual Defendants") for their violations of Section 10(b), 14(a) and 20(a) of the Securities