# EXHIBIT B

# 向国外送达司法文书或司法外文书的
# 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约

一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| （身份和地址）/ (identity and address) / *(identité et adresse)* |
|---|
| Yingfeng Zhang |
| Room 403, No. 50, Lane 95, Jiyang Road, Pudong New Area, Shanghai, 201203 |
| 张莹锋 |
| 上海市浦东新区济阳路 95 弄 50 号 403 室 |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)** |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*文件清单:*

List of documents / *Énumération des pièces*

| • Hague Service Convention WARNING<br>• Summary of the Documents to Be Served<br>• Summons in a Civil Action<br>• Class Action Complaint<br>• Electronic Case Filing Rules & Instructions<br>• Individual Practices of Andrew J. Carter |
|---|

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点） Kansas City, Missouri, USA<br>Done at / *Fait à*<br>（日期） 30th June, 2018<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

# 证明书
## CERTIFICATE
### ATTESTATION

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐  **1. 文书已予送达\***

that the document has been served *

*que la demande a été exécutée\**

| 一 日期: <br> the (date) / le (date) : | _____ |
|---|---|
| 一 地点（城镇、街、号）: <br> at (place, street, number) / à (localité, rue, numéro) : | _____ |

| 一 采用的第五条所规定的送达方法为: <br> in one of the following methods authorised by Article 5: <br> *dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| ☐ | **a)**  依公约第五条第一款第（一）项的规定。\* <br> in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | **b)**  依下述特定方法\* <br> in accordance with the following particular method\*: <br> *selon la forme particulière suivante\* :* <br> _____ |
| ☐ | **c)**  交付给自愿接受的收件人。\* <br> by delivery to the addressee, if he accepts it voluntarily\* <br> *par remise simple\** |

请求书中所列文书已交付给:

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明: <br> Identity and description of person: <br> *Identité et qualité de la personne :* | _____ |
|---|---|
| 与受送达人的关系（家庭、业务及其他）: <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | _____ |

☐  **2. 由于下列事实文书未能送达：\***

that the document has not been served, by reason of the following facts\*:

*que la demande n'a pas été exécutée, en raison des faits suivants\* :*

_____

☐  按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。\*

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.*

附:

Annexes / *Annexes*

| 退还的文书: <br> Documents returned: <br> *Pièces renvoyées :* | _____ |
|---|---|
| 适当时，确认送达的文书: <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, les documents justificatifs de l'exécution :* | _____ |

\*适当时

if appropriate / *s'il y a lieu*

| 制于（地点）_____ <br> Done at / *Fait à* <br><br> 日期 _____ <br> the / *le* | 签名和（或）盖章 <br> Signature and/or stamp / *Signature et / ou cachet* <br> _____ |
|---|---|

# 警告
## WARNING
### *AVERTISSEMENT*

收件人身份和地址
Identity and address of the addressee
*Identité et adresse du destinataire*
Yingfeng Zhang
Room 403, No. 50, Lane 95, Jiyang Road, Pudong New Area, Shanghai, 201203

张鋆锋

上海市浦东新区济阳路 95 弄 50 号 403 室

**重要**

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国询问获得法律援助或咨询应当指向：

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society
199 Water Street
New York, NY 10038
Tel. +1 (212) 577-3300

**建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

# 被送达文书概要
## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**关于向国外送达民事或商事司法文书和司法外文书公约**
**一九六五年十一月十五日订于海牙（第五条第四款)**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址：**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA |
| **当事人详情：\***<br>Particulars of the parties\*:<br>*Identité des parties\* :* | ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated, Plaintiff<br><br>SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN, Defendants |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ **司法文书\*\***
JUDICIAL DOCUMENT\*\*
*ACTE JUDICIAIRE\*\**

| | |
|---|---|
| **文书的性质和目的：**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a civil claim against them, and to demand their answer and appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额：**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | A civil action has been commenced against the Defendants. The plaintiff accuses the defendants of violating securities laws, which resulted in losses to shareholders. |
| **出庭的日期和地点：\*\***<br>Date and Place for entering appearance\*\*:<br>*Date et lieu de la comparution\*\* :* | Within 21 days from service, the defendants must file an answer and appearance in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312. |
| **作出判决的法院：\*\***<br>Court which has given judgment\*\*:<br>*Juridiction qui a rendu la décision\*\* :* | No court has issued a judgment. |
| **判决日期：\*\***<br>Date of judgment\*\*:<br>*Date de la décision\*\* :* | No court has issued a judgment. |
| **文书中所指明的期限：\*\***<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | Defendants are summoned and required to appear and answer the Complaint within 21 days from completition of service. In case a Defendant fails to appear, Judgment by default will be rendered against it. |

\*\* 适当时
if appropriate / *s'il y a lieu*

☐ **司法外文书\*\***
EXTRAJUDICIAL DOCUMENT\*\*
*ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **文书的性质和目的：**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | \_\_\_\_ |
| **文书中所指明的期限：\*\***<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | \_\_\_\_ |

\*\* 适当时
if appropriate / *s'il y a lieu*

向国外送达司法文书或司法外文书的

请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约

一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请人身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| | |
|---|---|
| （身份和地址）<br>(identity and address) / *(identité et adresse)* | |
| Li Yao<br>No. 187, Zhuzhou Road, Qingdao city, Shandong Province | |
| 姚立 | |
| 山东省青岛市株洲路 187号 | |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)** :<br>———— |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*文件清单：*
List of documents / *Énumération des pièces*

| |
|---|
| • Hague Service Convention WARNING<br>• Summary of the Documents to Be Served<br>• Summons in a Civil Action<br>• Class Action Complaint<br>• Electronic Case Filing Rules & Instructions<br>• Individual Practices of Andrew J. Carter |

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点）Kansas City, Missouri, USA<br>Done at / *Fait à*<br>（日期）30th June, 2018<br>the l / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / cu cachet* |
|---|---|
| | |

海牙会议 常设局 2013年 4 月

# 证明书
## CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1. 文书已予送达\***
that the document has been served *
*que la demande a été exécutée\**

| 一 日期: <br> the (date) / *le (date)* : | _____ |
|---|---|
| 一 地点（城镇、街、号）： <br> at (place, street, number) / *à (localité, rue, numéro)* : | _____ |

| 一 采用的第五条所规定的送达方法为: <br> in one of the following methods authorised by Article 5: <br> *dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| ☐ | **a)** 依公约第五条第一款第（一）项的规定。\* <br> in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\* <br> *selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | **b)** 依下述特定方法\* <br> in accordance with the following particular method\*: <br> *selon la forme particulière suivante\** : <br> _____ |
| ☐ | **c)** 交付给自愿接受的收件人。\* <br> by delivery to the addressee, if he accepts it voluntarily\* <br> *par remise simple\** |

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明: <br> Identity and description of person: <br> *Identité et qualité de la personne* : | _____ |
|---|---|
| 与受送达人的关系（家庭、业务及其他）： <br> Relationship to the addressee (family, business or other): <br> *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | _____ |

☐ **2. 由于下列事实文书未能送达：\***
that the document has not been served, by reason of the following facts\*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。\*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\**.

*附:*
Annexes / *Annexes*

| 退还的文书: <br> Documents returned: <br> *Pièces renvoyées* : | _____ |
|---|---|
| 适当时，确认送达的文书: <br> In appropriate cases, documents establishing the service: <br> *Le cas échéant, documents justificatifs de l'exécution* : | _____ |

\*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）_____ <br> Done at / *Fait à* <br><br> 日期 _____ <br> the / *le* | 签名和（或）盖章 <br> Signature and/or stamp / *Signature et / ou cachet* <br> _____ |
|---|---|

# 警告
## WARNING
### *AVERTISSEMENT*

---

**收件人身份和地址**
Identity and address of the addressee
*Identité et adresse du destinataire*
Li Yao
No. 187, Zhuzhou Road, Qingdao city, Shandong Province
姚立
山东省青岛市株洲路 187 号

---

### 重要

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国问询获得法律援助或咨询应当指向：

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

---

Legal Aid Society
199 Water Street
New York, NY 10038
Tel. +1 (212) 577-3300

---

建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## 被送达文书概要
### SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**关于向国外送达民事或商事司法文书和司法外文书公约**
**一九六五年十一月十五日订于海牙（第五条第四款)**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址：**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131   USA |
| **当事人详情：***<br>Particulars of the parties*:<br>*Identité des parties* : | ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated, Plaintiff<br><br>SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN, Defendants |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ **司法文书***
  JUDICIAL DOCUMENT**
  *ACTE JUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a civil claim against them, and to demand their answer and appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | A civil action has been commenced against the Defendants. The plaintiff accuses the defendants of violating securities laws, which resulted in losses to shareholders. |
| **出庭的日期和地点:***<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Within 21 days from service, the defendants must file an answer and appearance in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312. |
| **作出判决的法院:***<br>Court which has given judgment**;<br>*Juridiction qui a rendu la décision** :* | No court has issued a judgment. |
| **判决日期:***<br>Date of judgment**:<br>*Date de la décision** :* | No court has issued a judgment. |
| **文书中所指明的期限:***<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | Defendants are summoned and required to appear and answer the Complaint within 21 days from completion of service. In case a Defendant fails to appear, Judgment by default will be rendered against it. |

** 适当时
if appropriate / *s'il y a lieu*

☐ **司法外文书***
  EXTRAJUDICIAL DOCUMENT**
  *ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | ____ |
| **文书中所指明的期限:***<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | ____ |

** 适当时
if appropriate / *s'il y a lieu*

海牙会议 常设局 2013 年 4 月

## 向国外送达司法文书或司法外文书的
## 请求书
### REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址 | 接收机关的地址 |
|---|---|
| Identity and address of the applicant | Address of receiving authority |
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Aaron D. Lukken, Attorney | International Legal Cooperation Center (ILCC) |
| Viking Advocates, LLC | Ministry of Justice of China |
| 6525 Charlotte Street | 33, Pinganli Xidajie |
| Kansas City, Missouri 64131  USA | Xicheng District |
| lukken@vikinglaw.us | BEIJING 100035 |
| Tel. +1.816.200.1383 | People's Republic of China |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：
The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| （身份和地址） |
|---|
| (identity and address) / *(identité et adresse)* |
| Lijun Lin |
| Room 2303, No. 637 Pudong Avenue, Pudong District, Shanghai |
| 林利军 |
| 上海市浦东新区浦东大道 637 号 2303 室 |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。 *<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph *b)* of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)** : |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）* <br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还成成使之退还给申请者。
The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：
List of documents / *Énumération des pièces*

| |
|---|
| • Hague Service Convention WARNING |
| • Summary of the Documents to Be Served |
| • Summons in a Civil Action |
| • Class Action Complaint |
| • Electronic Case Filing Rules & Instructions |
| • Individual Practices of Andrew J. Carter |

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点） Kansas City, Missouri, USA<br>Done at / *Fait à*<br>（日期） 30th June, 2018<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

海牙会议 常设局 2013 年 4 月

# 证明书
## CERTIFICATE
*ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1.** 文书已予送达*
that the document has been served *
*que la demande a été exécutée**

| — 日期:<br>the (date) / *le (date)* : | _____ |
|---|---|
| — 地点（城镇、街、号）:<br>at (place, street, number) / *à (localité, rue, numéro)* : | _____ |

| — 采用的第五条所规定的送达方法为:<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* | |
|---|---|
| ☐ *a)* 依公约第五条第一款第（一）项的规定。*<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** | |
| ☐ *b)* 依下述特定方法*<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante** :<br>_____ | |
| ☐ *c)* 交付给自愿接受的收件人。*<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple** | |

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明:<br>Identity and description of person:<br>*Identité et qualité de la personne* : | _____ |
|---|---|
| 与受送达人的关系（家庭、业务及其他）:<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | _____ |

☐ **2.** 由于下列事实文书未能送达：*
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

*附:*
Annexes / *Annexes*

| 退还的文书:<br>Documents returned:<br>*Pièces renvoyées :* | _____ |
|---|---|
| 适当时，确认送达的文书:<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution :* | _____ |

*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）_____<br>Done at / *Fait à*<br><br>日期 _____<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>_____ |
|---|---|

## 警告
### WARNING
### *AVERTISSEMENT*

收件人身份和地址
Identity and address of the addressee
*Identité et adresse du destinataire*
Lijun Lin
Room 2303, No. 637 Pudong Avenue, Pudong District, Shanghai

林利军

上海市浦东新区浦东大道 637 号 2303 室

**重要**

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国询问获得法律援助或咨询应当指向：

*IMPORTANT*

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

*TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society
199 Water Street
New York, NY 10038
Tel. +1 (212) 577-3300

**建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## 被送达文书概要
### SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

### 关于向国外送达民事或商事司法文书和司法外文书公约
### 一九六五年十一月十五日订于海牙（第五条第四款)
Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA |
| **当事人详情:\***<br>Particulars of the parties\*:<br>*Identité des parties\* :* | ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated, Plaintiff<br><br>SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN, Defendants |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ **司法文书\*\***
   JUDICIAL DOCUMENT\*\*
   *ACTE JUDICIAIRE\*\**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a civil claim against them, and to demand their answer and appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | A civil action has been commenced against the Defendants. The plaintiff accuses the defendants of violating securities laws, which resulted in losses to shareholders. |
| **出庭的日期和地点:\*\***<br>Date and Place for entering appearance\*\*:<br>*Date et lieu de la comparution\*\* :* | Within 21 days from service, the defendants must file an answer and appearance in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312. |
| **作出判决的法院:\*\***<br>Court which has given judgment\*\*:<br>*Juridiction qui a rendu la décision\*\* :* | No court has issued a judgment. |
| **判决日期:\*\***<br>Date of judgment\*\*:<br>*Date de la décision\*\* :* | No court has issued a judgment. |
| **文书中所指明的期限:\*\***<br>Time limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | Defendants are summoned and required to appear and answer the Complaint within 21 days from completion of service. In case a Defendant fails to appear, Judgment by default will be rendered against it. |

\*\* 适当时
if appropriate / *s'il y a lieu*

☐ **司法外文书\*\***
   EXTRAJUDICIAL DOCUMENT\*\*
   *ACTE EXTRAJUDICIAIRE\*\**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | _____ |
| **文书中所指明的期限:\*\***<br>Time-limits stated in the document\*\*:<br>*Indication des délais figurant dans l'acte\*\* :* | _____ |

\*\* 适当时
if appropriate / *s'il y a lieu*

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
# 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

### 关于向国外送达民事或商事司法文书和司法外文书公约
### 一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China |

**签署本请求书的申请者荣幸地转去下面开列的文书一式两份,并依上述公约第五条规定请求迅速将其中一份送达给收件人,即:**

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| （身份和地址）<br>(identity and address) / *(identité et adresse)* |
|---|
| Yong Gui – Independent Director　　　　桂勇 - 独立董事<br>c/o School of Social Development and Public Policy,　　转交人:社会发展与公共政策学院,<br>Fudan University　　　　复旦大学<br>Humanities and Social Sciences Building　　中华人民共和国<br>220 Han Dan Road　　　上海邯郸路 220 号<br>Shanghai 200433,　　　　人文社会科学大楼<br>People's Republic of China　　邮编 200433 |

| | | |
|---|---|---|
| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)*\* |
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*\* :<br>_____ |
| ☐ | c) | 如收件人自愿接受,请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)*\* |

**请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。**

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

*文件清单:*

List of documents / *Énumération des pièces*

| |
|---|
| • Hague Service Convention WARNING<br>• Summary of the Documents to Be Served<br>• Summons in a Civil Action<br>• Class Action Complaint<br>• Electronic Case Filing Rules & Instructions<br>• Individual Practices of Andrew J. Carter |

\* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点）Kansas City, Missouri, USA<br>Done at / *Fait à*<br>（日期）30th June, 2018<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

海牙会议 常设局 2013 年 4 月

## 证明书
### CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1.** 文书已予送达*
that the document has been served *
*que la demande a été exécutée\**

| | |
|---|---|
| **— 日期:**<br>the (date) / *le (date)* : | _____ |
| **— 地点（城镇、街、号）:**<br>at (place, street, number) / *à (localité, rue, numéro)* : | _____ |

**— 采用的第五条所规定的送达方法为:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

☐ **a)** 依公约第五条第一款第（一）项的规定。*
in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
*selon les formes légales (article 5, alinéa premier, lettre a)\**

☐ **b)** 依下述特定方法*
in accordance with the following particular method*:
*selon la forme particulière suivante\** :
_____

☐ **c)** 交付给自愿接受的收件人。*
by delivery to the addressee, if he accepts it voluntarily*
*par remise simple\**

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **收件人身份和说明:**<br>Identity and description of person:<br>*Identité et qualité de la personne* : | _____ |
| **与受送达人的关系（家庭、业务及其他）:**<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | _____ |

☐ **2.** 由于下列事实文书未能送达：*
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants\** :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中列开的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\**.

附:
Annexes / *Annexes*

| | |
|---|---|
| **退还的文书:**<br>Documents returned:<br>*Pièces renvoyées* : | _____ |
| **适当时，确认送达的文书:**<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | _____ |

*适当时
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **制于（地点）** _____<br>Done at / *Fait à*<br><br>**日期** _____<br>the / *le* | **签名和（或）盖章**<br>Signature and/or stamp / *Signature et / ou cachet*<br><br>_____ |

# 警告
## WARNING
### *AVERTISSEMENT*

| 收件人身份和地址 | |
|---|---|
| Identity and address of the addressee | |
| Identité et adresse du destinataire | |
| Yong Gui – Independent Director | 桂勇 - 独立董事 |
| c/o School of Social Development and Public Policy, | 转交人:社会发展与公共政策学院, |
| Fudan University | 复旦大学 |
| Humanities and Social Sciences Building | 中华人民共和国 |
| 220 Han Dan Road | 上海邯郸路 220 号 |
| Shanghai 200433, | 人文社会科学大楼 |
| People's Republic of China | 邮编 200433 |

### 重要

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国问询获得法律援助或咨询应当指向：

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

Legal Aid Society
199 Water Street
New York, NY 10038
Tel. +1 (212) 577-3300

建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## 被送达文书概要
### SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**关于向国外送达民事或商事司法文书和司法外文书公约**
**一九六五年十一月十五日订于海牙（第五条第四款)**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址：**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA |
| **当事人详情:***<br>Particulars of the parties*:<br>*Identité des parties* : | ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated, Plaintiff<br><br>SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN, Defendants |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ **司法文书****
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a civil claim against them, and to demand their answer and appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额：**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | A civil action has been commenced against the Defendants. The plaintiff accuses the defendants of violating securities laws, which resulted in losses to shareholders. |
| **出庭的日期和地点:****<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Within 21 days from service, the defendants must file an answer and appearance in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312. |
| **作出判决的法院:****<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | No court has issued a judgment. |
| **判决日期:****<br>Date of judgment**:<br>*Date de la décision** :* | No court has issued a judgment. |
| **文书中所指明的期限:****<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | Defendants are summoned and required to appear and answer the Complaint within 21 days from completion of service. In case a Defendant fails to appear, Judgment by default will be rendered against it. |

** 适当时
if appropriate / *s'il y a lieu*

☐ **司法外文书****
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | ⎯⎯⎯ |
| **文书中所指明的期限:****<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | ⎯⎯⎯ |

** 适当时
if appropriate / *s'il y a lieu*

海牙会议 常设局 2013年4月

## 向国外送达司法文书或司法外文书的
## 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约

一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant* | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131 USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China |

签署本请求书的申请者荣幸地转去下面开列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| （身份和地址）<br>(identity and address) / *(identité et adresse)* |
|---|
| Shaolin Liang<br>Sixth Floor, Heping Mansion, No. 5 Laiguangying East Road, Chaoyang District, Beijing<br>梁少林<br>北京市朝阳区来广营东路 5 号和平大厦 6 层 |

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)** |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)**:<br>_____ |
| ☐ | c) | 如收件人自愿接收，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)** |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：

List of documents / *Énumération des pièces*

| |
|---|
| • Hague Service Convention WARNING<br>• Summary of the Documents to Be Served<br>• Summons in a Civil Action<br>• Class Action Complaint<br>• Electronic Case Filing Rules & Instructions<br>• Individual Practices of Andrew J. Carter |

* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点）Kansas City, Missouri, USA<br>Done at / *Fait à*<br>（日期）30th June, 2018<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

海牙会议 常设局 2013 年 4 月

## 证明书
### CERTIFICATE
### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1.** 文书已予送达*

the document has been served *

*que la demande a été exécutée\**

| — 日期：<br>the (date) / *le (date)* : | _____ |
| — 地点（城镇、街、号）：<br>at (place, street, number) / *à (localité, rue, numéro)* : | _____ |

| — 采用的第五条所规定的送达方法为:<br>in one of the following methods authorised by Article 5:<br>*dans une des formes suivantes prévues à l'article 5 :* |  |
|---|---|
| ☐ | *a)* 依公约第五条第一款第（一）项的规定。*<br>in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)\** |
| ☐ | *b)* 依下述特定方法*<br>in accordance with the following particular method*:<br>*selon la forme particulière suivante\** :<br>_____ |
| ☐ | *c)* 交付给自愿接受的收件人。*<br>by delivery to the addressee, if he accepts it voluntarily*<br>*par remise simple\** |

请求书中所列文书已交付给:

The documents referred to in the request have been delivered to:

*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明：<br>Identity and description of person:<br>*Identité et qualité de la personne* : | _____ |
| 与受送达人的关系（家庭、业务及其他）：<br>Relationship to the addressee (family, business or other):<br>*Liens de parenté, de subordination ou autres, avec le destinataire de l'acte* : | _____ |

☐ **2.** 由于下列事实文书未能送达：*

that the document has not been served, by reason of the following facts*:

*que la demande n'a pas été exécutée, en raison des faits suivants\** :

_____

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\**.

*附：*

Annexes / *Annexes*

| 退还的文书：<br>Documents returned:<br>*Pièces renvoyées* : | _____ |
| 适当时，确认送达的文书：<br>In appropriate cases, documents establishing the service:<br>*Le cas échéant, les documents justificatifs de l'exécution* : | _____ |

*适当时
if appropriate / s'il y a lieu*

| 制于（地点）_____<br>Done at / *Fait à*<br><br>日期 _____<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet*<br>_____ |

# 警告
## WARNING
### *AVERTISSEMENT*

---

**收件人身份和地址**
Identity and address of the addressee
*Identité et adresse du destinataire*
Shaolin Liang
Sixth Floor, Heping Mansion, No. 5 Laiguangying East Road, Chaoyang District, Beijing
梁少林
北京市朝阳区来广营东路 5 号和平大厦 6 层

---

### 重要

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国询问获得法律援助或咨询应当指向：

#### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

#### *TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

---

Legal Aid Society
199 Water Street
New York, NY 10038
Tel. +1 (212) 577-3300

---

建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## 被送达文书概要
### SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**关于向国外送达民事或商事司法文书和司法外文书公约**
**一九六五年十一月十五日订于海牙（第五条第四款)**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA |
| **当事人详情:***<br>Particulars of the parties*:<br>*Identité des parties* : | ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated, Plaintiff<br><br>SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN, Defendants |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

☒ **司法文书***
JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a civil claim against them, and to demand their answer and appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额：**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | A civil action has been commenced against the Defendants. The plaintiff accuses the defendants of violating securities laws, which resulted in losses to shareholders. |
| **出庭的日期和地点:***<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Within 21 days from service, the defendants must file an answer and appearance in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312. |
| **作出判决的法院:***<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | No court has issued a judgment. |
| **判决日期:***<br>Date of judgment**:<br>*Date de la décision** :* | No court has issued a judgment. |
| **文书中所指明的期限:***<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | Defendants are summoned and required to appear and answer the Complaint within 21 days from completion of service. In case a Defendant fails to appear, Judgment by default will be rendered against it. |

** 适当时
if appropriate / *s'il y a lieu*

☐ **司法外文书***
EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | ____ |
| **文书中所指明的期限:***<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | ____ |

** 适当时
if appropriate / *s'il y a lieu*

海牙会议 常设局 2013 年 4 月

# 向国外送达司法文书或司法外文书的
# 请求书

REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
*DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

关于向国外送达民事或商事司法文书和司法外文书公约
一九六五年十一月十五日订于海牙

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en*
*matière civile ou commerciale, signée à La Haye le 15 novembre 1965.*

| 申请者身份及地址<br>Identity and address of the applicant<br>*Identité et adresse du requérant*<br>Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA<br>lukken@vikinglaw.us<br>Tel. +1.816.200.1383 | 接收机关的地址<br>Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>International Legal Cooperation Center (ILCC)<br>Ministry of Justice of China<br>33, Pinganli Xidajie<br>Xicheng District<br>BEIJING 100035<br>People's Republic of China |
|---|---|

签署本请求书的申请者荣幸地转去下面列列的文书一式两份，并依上述公约第五条规定请求迅速将其中一份送达给收件人，即：

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :*

| （身份和地址）/ (identity and address) / *(identité et adresse)*<br>Danian Chen<br>Room 901, No.5, Lane 360, Baiyang Road, Pudong New District, Shanghai 201204<br>陈大年<br><br>上海市浦东新区白杨路 360 弄 5 号 901 室 |
|---|

| ☒ | a) | 请依公约第五条第一款第（一）项的规定进行送达。*<br>in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>*selon les formes légales (article 5, alinéa premier, lettre a)*\* |
|---|---|---|
| ☐ | b) | 请依下述特定方法送达（第五条第一款第（二）项）：*<br>in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:<br>*selon la forme particulière suivante (article 5, alinéa premier, lettre b)*\* : |
| ☐ | c) | 如收件人自愿接受，请予以交付（第五条第二款）*<br>by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*<br>*le cas échéant, par remise simple (article 5, alinéa 2)*\* |

请贵机关将该文书（及其附件*）的副本连同所附的证明书退还或使之退还给申请者。

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with the attached certificate.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes*- avec l'attestation ci-jointe.*

文件清单：
List of documents / *Énumération des pièces*

| • Hague Service Convention WARNING<br>• Summary of the Documents to Be Served<br>• Summons in a Civil Action<br>• Class Action Complaint<br>• Electronic Case Filing Rules & Instructions<br>• Individual Practices of Andrew J. Carter |
|---|

\* 适当时
*if appropriate / s'il y a lieu*

| 制于（地点）Kansas City, Missouri, USA<br>Done at / *Fait à*<br>（日期）30th June, 2018<br>the / *le* | 签名和（或）盖章<br>Signature and/or stamp / *Signature et / ou cachet* |
|---|---|

## 证明书
### CERTIFICATE
#### *ATTESTATION*

根据公约第六条，签署本证明书的机关荣幸地证明，
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☐ **1.** 文书已予送达*
that the document has been served *
*que la demande a été exécutée**

| 一 日期: | |
| the (date) / *le (date) :* | _____ |
| 一 地点（城镇、街、号）: | |
| at (place, street, number) / *à (localité, rue, numéro) :* | _____ |

| 一 采用的第五条所规定的送达方法为: |
| in one of the following methods authorised by Article 5: |
| *dans une des formes suivantes prévues à l'article 5 :* |

| ☐ | *a)* | 依公约第五条第一款第（一）项的规定。* |
| | | in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* |
| | | *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | 依下述特定方法* |
| | | in accordance with the following particular method*: |
| | | *selon la forme particulière suivante* :* |
| | | _____ |
| ☐ | *c)* | 交付给自愿接受的收件人。* |
| | | by delivery to the addressee, if he accepts it voluntarily* |
| | | *par remise simple** |

请求书中所列文书已交付给:
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| 收件人身份和说明: | |
| Identity and description of person: | _____ |
| *Identité et qualité de la personne :* | |
| 与受送达人的关系（家庭、业务及其他）: | |
| Relationship to the addressee (family, business or other): | _____ |
| *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | |

☐ **2.** 由于下列事实文书未能送达: *
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants* :*

| _____ |
| |

☐ 按照公约第十二条第二款，请申请者支付或补偿后附说明中开列的费用。*
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.*

附:
Annexes / *Annexes*

| 退还的文书: | |
| Documents returned: | _____ |
| *Pièces renvoyées :* | |
| 适当时，确认送达的文书: | |
| In appropriate cases, documents establishing the service: | _____ |
| *Le cas échéant, les documents justificatifs de l'exécution :* | |

*适当时
if appropriate / *s'il y a lieu*

| 制于（地点）_____ | 签名和（或）盖章 |
| Done at / *Fait à* | Signature and/or stamp / *Signature et / ou cachet* |
| | _____ |
| 日期 _____ | |
| the / *le* | |

# 警告
## WARNING
### *AVERTISSEMENT*

<table>
<tr><td>

收件人身份和地址
Identity and address of the addressee
*Identité et adresse du destinataire*

<u>Danian Chen</u>
<u>Room 901, No.5, Lane 360, Baiyang Road, Pudong New District, Shanghai 201204</u>

<u>陈大年</u>

<u>上海市浦东新区白杨路 360 弄 5 号 901 室</u>

</td></tr>
</table>

**重要**

所附文书具有法律性质，可能会影响与您相关的权利和义务。"被送达文书概要"会让您了解文书的性质和目的。您应当仔细阅读此文书。必要时需要寻求法律咨询。

若您的资金不足，应当在您的居住国或文书发出国寻求获得法律援助或咨询的可能性的信息。

在文书发出国询问获得法律援助或咨询应当指向：

*IMPORTANT*

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

*TRÈS IMPORTANT*

*LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.*

*SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.*

*LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :*

<table>
<tr><td>

<u>Legal Aid Society</u>
<u>199 Water Street</u>
<u>New York, NY 10038</u>
<u>Tel. +1 (212) 577-3300</u>

</td></tr>
</table>

**建议所附范本的标注栏目均应用英文和法文书写，在适当情况下亦可用文书发出国的官方文字或其中之一书写。空白处应用文书发往国文字或英文或法文填写。**

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

*Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.*

## 被送达文书概要
### SUMMARY OF THE DOCUMENT TO BE SERVED
### *ÉLÉMENTS ESSENTIELS DE L'ACTE*

**关于向国外送达民事或商事司法文书和司法外文书公约**
**一九六五年十一月十五日订于海牙（第五条第四款)**

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965
(Article 5, fourth paragraph).

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).*

| | |
|---|---|
| **请求机关的名称和地址:**<br>Name and address of the requesting authority:<br>*Nom et adresse de l'autorité requérante :* | Aaron D. Lukken, Attorney<br>Viking Advocates, LLC<br>6525 Charlotte Street<br>Kansas City, Missouri 64131  USA |
| **当事人详情:***<br>Particulars of the parties*:<br>*Identité des parties* : | ASTOR BK REALTY TRUST, on behalf of itself and all others similarly situated, Plaintiff<br><br>SHANDA GAMES LIMITED, YINGFENG ZHANG, LI YAO, LIJUN LIN, HENG WING CHAN, YONG GUI, SHAOLIN LIANG, and DANIAN CHEN, Defendants |

\* 适当时，应填写与递送文书有利害关系的人的身份和地址
if appropriate, identity and address of the person interested in the transmission of the document
*s'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte*

### ☒ 司法文书**
### JUDICIAL DOCUMENT**
### *ACTE JUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document:<br>*Nature et objet de l'acte :* | To inform the defendants of a civil claim against them, and to demand their answer and appearance at court. |
| **诉讼的性质和目的，适当时，争讼金额:**<br>Nature and purpose of the proceedings and, when appropriate, the amount in dispute:<br>*Nature et objet de l'instance, le cas échéant, le montant du litige:* | A civil action has been commenced against the Defendants. The plaintiff accuses the defendants of violating securities laws, which resulted in losses to shareholders. |
| **出庭的日期和地点:**<br>Date and Place for entering appearance**:<br>*Date et lieu de la comparution** :* | Within 21 days from service, the defendants must file an answer and appearance in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007-1312. |
| **作出判决的法院:**<br>Court which has given judgment**:<br>*Juridiction qui a rendu la décision** :* | No court has issued a judgment. |
| **判决日期:**<br>Date of judgment**:<br>*Date de la décision** :* | No court has issued a judgment. |
| **文书中所指明的期限:**<br>Time limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | Defendants are summoned and required to appear and answer the Complaint within 21 days from completion of service. In case a Defendant fails to appear, Judgment by default will be rendered against it. |

** 适当时
if appropriate / *s'il y a lieu*

### ☐ 司法外文书**
### EXTRAJUDICIAL DOCUMENT**
### *ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **文书的性质和目的:**<br>Nature and purpose of the document :<br>*Nature et objet de l'acte :* | —— |
| **文书中所指明的期限:**<br>Time-limits stated in the document**:<br>*Indication des délais figurant dans l'acte** :* | —— |

** 适当时
if appropriate / *s'il y a lieu*

 **Proof of Delivery**

Close Window

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z26AA516799560812 |
| **Service:** | UPS Worldwide Expedited® |
| **Weight:** | 10.00 lbs |
| **Shipped/Billed On:** | 07/06/2018 |
| **Delivered On:** | 07/17/2018 5:02 P.M. |
| **Delivered To:** | BEIJING, CN |
| **Received By:** | CHOP |
| **Left At:** | Receiver |

Thank you for giving us this opportunity to serve you.

Sincerely,

UPS

Tracking results provided by UPS:  07/27/2018 11:36 A.M.   ET