**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-02463-ALC |

**NOTICE OF COMPLETION**
**OF ALTERNATIVE SERVICE**

PLEASE TAKE NOTICE that David Monk as Lead Plaintiff, through his counsel, has completed service of process of the class action complaint and summons on Defendants Yingfeng Zhang, Li Yao, Lijun Lin, Yong Gui, Shaolin Liang, and Danian Chen, pursuant to the Court's Order on November 16, 2018, ECF No. 37.

Service was completed by both publication and email. Service upon Defendants Lijun Lin, Yong Gui, and Danian Chen was completed by email on December 21, 2018. *See* Exhibit 1 (attesting to completion of service by email). Service upon Yingfeng Zhang, Li Yao, Lijun Lin, Yong Gui, Shaolin Liang, and Danian Chen was completed by publishing notices on December 17, 2018, December 24-25, 2018, December 31, 2018, - January 1, 2019, and January 7, 2019, in the International Edition of the New York Times. *See* Exhibit 2 (attesting to completion of service by publication).

DATED: February 5, 2019

By:    */s/ Carol C. Villegas*

**LABATON SUCHAROW LLP**
Carol C. Villegas
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com

***Attorneys for Lead Plaintiff David Monk***
***and Lead Counsel for the Proposed Class***