# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Case No. 18-CV-02463 (ALC) |
|  | <u>AFFIDAVIT OF SERVICE</u> |

I __LARRY RADLER__, declare under penalty of perjury that I served Lijun Lin, Yong Gui, and Danian Chen by sending each of them emails (as described below). I am not a party to the above captioned action (the "Action"), I am over 18 years of age, and I reside at __122 GLEN WAY, SYOSSET NY. 11791__.

I completed this service (as described in further detail below) by sending: **(1)** Lijun Lin an email addressed to the email address loyalvalley@loyalvalleycapital.com, which attached the file "Lijun Lin Attachment.pdf", which contained a copy of the Lead Plaintiff's Class Action Complaint for Violations of the Federal Securities Laws (filed in the Action as ECF No. 25), along with its exhibits (filed in the Action as ECF Nos. 25-1 and 25-2) (the "Complaint") and the summons to Lijun Lin in the Action, which is attached to this Affidavit as Exhibit A; **(2)** Yong Gui an email addressed to the email address guiyong@fudan.edu.cn, which attached the file "Yong Gui Attachment.pdf," which contained the Complaint and the summons to Yong Gui in the Action, which is attached to this Affidavit as Exhibit B; and **(3)** by sending Danian Chen an email addressed to each of the email addresses ad@wifi.com, wifikeypr@wifi.com, help@wifi.com, and dataprotectionofficer@wifi.com, which attached the file Danian Chen Attachment.pdf, which contained the Complaint and the summons to Danian Chen in the Action, which is attached to this Affidavit as Exhibit C.

The subject of the emails that I sent was: OFFICIAL SERVICE OF LEGAL DOCUMENTS FOR [DEFENDANT'S NAME] IN A SUIT BEFORE THE SOUTHERN DISTRICT OF NEW YORK REGARDING SHANDA GAMES LIMITED.

The body of the email stated:

> You are named as a defendant in the case *In re Shanda Games Ltd. Sec. Litig.*, No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons are attached to this email and can be found at http://info.labaton.com/shanda. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.
>
> Translated Text ‖ 译文
>
> 针对 [Defendant's Name] 在纽约南区联邦地区法院诉盛大游戏有限公司一案的官方法律文书服务
>
> 你方在纽约南区联邦地区法院*关于盛大游戏有限公司*的证券诉讼案（案件编号：18-cv-02463）中被列为被告。该案指控你方违反美国法律，原告寻求获得经济赔偿和其他救济。诉状和传票附于本邮件中，你方也可在以下网址查看：http://info.labaton.com/shanda。如果你方不出庭，或不致电 +1-212-907-0700 联系原告，将在 21 天内作出对你方不利的判决。

I sent the previously described emails on ___Dec 21, 18___, at approximately ___2:00 PM___ I did not receive any notification from my email server, or otherwise, that these emails were not successfully delivered to the email addresses previously listed (*e.g.*, I did not receive any "bounce back emails"). Copies of the sent emails are attached to this Affidavit as Exhibit D.

On ___Dec 21, 2018___, I also navigated my internet browser to the internet address http://info.labaton.com/shanda and verified that it contained a copy of the Complaint, and summonses to Defendants Lijun Lin, Yong Gui, and Danian Chen.

[signature on the following page]

_Larry Radler_
Signature of person serving papers

_LARRY RADLER_          _12-21-2018_
Printed Name              Date

Sworn to before me this ___21___

day of ___December 2018___

___Tracey B Zuckerman___
Notary Public

TRACEY B. ZUCKERMAN
Notary Public, State of New York
No. 01ZU6002907
Qualified in Nassau County
Commission expires 2/17/ 2022

# EXHIBIT A

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION _____ *Plaintiff(s)* v. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-02463-ALC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lijun Lin - Independent Director
c/o Loyal Valley Innovation Capital LLC
Shanghai Pudong New Area
Jinqiao Modern Industrial Park
Shanghai, 201204
China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Carol C. Villegas
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date:    JUN 1 4 2018

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:18-cv-02463-ALC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

⬜ I personally served the summons on the individual at *(place)*

on *(date)*                                              ; or

⬜ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

⬜ I served the summons on *(name of individual)*                                              , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

⬜ I returned the summons unexecuted because                                              ; or

⬜ Other *(specify)*:

My fees are $                    for travel and $                    for services, for a total of $      0.00

I declare under penalty of perjury that this information is true.

Date:

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc:

# EXHIBIT B

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION )<br><br>*Plaintiff(s)* )<br>v. )<br><br>*Defendant(s)* ) | )<br>)<br>)<br>)<br>)<br>Civil Action No.  1:18-cv-02463-ALC<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yong Gui - Independent Director
c/o School of Social Development and Public Policy,
Fudan University
Humanities and Social Science Building
220 Han Dan Road,
Shanghai 200433,
People's Republic of China

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Carol C. Villegas
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KF ATICK
*CLERK OF COURT*

Date:  **JUN 1 4 2018**

*Signature of Clerk or Deputy Clerk*

# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION<br><br>*Plaintiff(s)*<br>v.<br><br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  1:18-cv-02463-ALC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Danian Chen
Co-Founder and Director
Room 901, No. 5,
Lane 360 Baiyang Road,
Pudong New District, Shanghai

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carol C. Villegas
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

*Jeanine Nura-Santiago*
Signature of Clerk or Deputy Clerk

Date:  JUN 1 4 2018

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:18-cv-02463-ALC

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

    ☐ I personally served the summons on the individual at *(place)*

                          on *(date)*               ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                          , a person of suitable age and discretion who resides there,

on *(date)*               , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)*              , who is

designated by law to accept service of process on behalf of *(name of organization)*

                          on *(date)*            ; or

    ☐ I returned the summons unexecuted because                    ; or

    ☐ Other *(specify):*

My fees are $          for travel and $          for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:                                           
                                          *Server's signature*

                                          *Printed name and title*

                                          *Server's address*

Additional information regarding attempted service, etc:

# EXHIBIT D



Larry Radler <lradler@courtsupportinc.com>

---

## OFFICIAL SERVICE OF LEGAL DOCUMENTS FOR LIJUN LIN IN A SUIT BEFORE THE SOUTHERN DISTRICT OF NEW YORK REGARDING SHANDA GAMES LIMITED

---

**Larry Radler** <lradler@courtsupportinc.com>                              Fri, Dec 21, 2018 at 1:56 PM
To: loyalvalley@loyalvalleycapital.com

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons are attached to this email and can be found at http://info.labaton.com/shanda. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

Translated Text || 译文

针对 Lijun Lin 在纽约南区联邦地区法院诉盛大游戏有限公司一案的官方法律文书服务

你方在纽约南区联邦地区法院关于盛大游戏有限公司 的证券诉讼案（案件编号：18-cv-02463）中被列为被告。该案指控你方违反美国法律，原告寻求获得经济赔偿和其他救济。诉状和传票附于本邮件中，你方也可在以下网址查看：http://info.labaton.com/shanda。如果你方不出庭，或不致电 +1-212-907-0700 联系原告，将在 21 天内作出对你方不利的判决。
--

Larry Radler
Court Support Inc.
181 Hillside Ave
Williston Park Ny. 11596
P-516-742-7455
F-516-742-7484
https://www.courtsupportinc.com/

---

📄 **Lijun Lin Attachment.pdf**
3539K

Case 1:18-cv-02463-ALC   Document 43-1   Filed 02/05/19   Page 15 of 16

12/21/2018          Court Support Mail - OFFICIAL SERVICE OF LEGAL DOCUMENTS FOR YONG GUI IN A SUIT BEFORE THE SOUTHERN DISTRIC...



Larry Radler <lradler@courtsupportinc.com>

# OFFICIAL SERVICE OF LEGAL DOCUMENTS FOR YONG GUI IN A SUIT BEFORE THE SOUTHERN DISTRICT OF NEW YORK REGARDING SHANDA GAMES LIMITED

**Larry Radler** <lradler@courtsupportinc.com>                                      Fri, Dec 21, 2018 at 1:58 PM
To: guiyong@fudan.edu.cn

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons are attached to this email and can be found at http://info.labaton.com/shanda. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

Translated Text || 译文

针对Yong Gui 在纽约南区联邦地区法院诉盛大游戏有限公司一案的官方法律文书服务

你方在纽约南区联邦地区法院关于盛大游戏有限公司 的证券诉讼案（案件编号：18-cv-02463）中被列为被告。该案指控你方违反美国法律，原告寻求获得经济赔偿和其他救济。诉状和传票附于本邮件中，你方也可在以下网址查看：http://info. labaton.com/shanda。如果你方不出庭，或不致电 +1-212-907-0700 联系原告，将在 21 天内作出对你方不利的判决。

--

Larry Radler
Court Support Inc.
181 Hillside Ave
Williston Park Ny. 11596
P-516-742-7455
F-516-742-7484
https://www.courtsupportinc.com/

📄 **Yong Gui Attachment.pdf**
   3548K

Case 1:18-cv-02463-ALC　　Document 43-1　　Filed 02/05/19　　Page 16 of 16



Larry Radler <lradler@courtsupportinc.com>

---

# OFFICIAL SERVICE OF LEGAL DOCUMENTS FOR DANIAN CHEN IN A SUIT BEFORE THE SOUTHERN DISTRICT OF NEW YORK REGARDING SHANDA GAMES LIMITED

---

**Larry Radler <lradler@courtsupportinc.com>**　　　　　　　Fri, Dec 21, 2018 at 2:00 PM
To: ad@wifi.com, wifikeypr@wifi.com, help@wifi.com, dataprotectionofficer@wifi.com

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons are attached to this email and can be found at http://info.labaton.com/shanda. If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

Translated Text || 译文

针对 Danian Chen 在纽约南区联邦地区法院诉盛大游戏有限公司一案的官方法律文书服务

你方在纽约南区联邦地区法院关于盛大游戏有限公司 的证券诉讼案（案件编号：18-cv-02463）中被列为被告。该案指控你方违反美国法律，原告寻求获得经济赔偿和其他救济。诉状和传票附于本邮件中，你方也可在以下网址查看：http://info.labaton.com/shanda。如果你方不出庭，或不致电 +1-212-907-0700 联系原告，将在 21 天内作出对你方不利的判决。
--

Larry Radler
Court Support Inc.
181 Hillside Ave
Williston Park Ny. 11596
P-516-742-7455
F-516-742-7484
https://www.courtsupportinc.com/

---



**Danian Chen Attachment.pdf**
3538K