# EXHIBIT 2

# The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

_January 17_____ 201_9_

I, *Cathy Zike,* am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of **The New York Times** INTERNATIONAL EDITION, a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** INTERNATIONAL EDITION on the following date or dates, to wit on

_December 17, 2018    PG 9_

_Cathy Zike_

Sworn before me the

_11_ day of _Jan_, 201_9_

_Deirdre C. Deignan_

Notary Public

DEIRDRE C. DEIGNAN
Notary Public, State of New York
Registration #01DE6271693
Qualified In Nassau County
Commission Expires Nov. 5, 2020

---

**NOTICE TO Yong Gui, Danian Chen, Lijun Lin, Shaolin Liang, Li Yao & Yingfeng Zhang**

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/shanda If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

# The New York Times

INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

_January 17_ **201_9_**

I, *Cathy Zike,* am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of **The New York Times INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times INTERNATIONAL EDITION** on the following date or dates, to wit on

_December 24-25, 2018      PG 9_

_Cathy Zike_

Sworn before me the

17 day of _Jan_, 2019

_Deirdre C. Deignan_

Notary Public

DEIRDRE C. DEIGNAN
Notary Public, State of New York
Registration #01DE6271693
Qualified In Nassau County
Commission Expires Nov. 5, 2020

---

**NOTICE TO Yong Gui, Danian Chen, Lijun Lin, Shaolin Liang, Li Yao & Yingfeng Zhang**

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/shanda If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

# The New York Times

## INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

January 17 201 9

I, *Cathy Zike,* am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of The New York Times INTERNATIONAL EDITION, a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of The New York Times INTERNATIONAL EDITION on the following date or dates, to wit on

December 31, 2018 - January 1, 2019        PG 7

Cathy Zike

Sworn before me the

17 day of Jan, 2019

Deirdre C. Deignan

Notary Public

DEIRDRE C. DEIGNAN
Notary Public, State of New York
Registration #01DE6271693
Qualified In Nassau County
Commission Expires Nov 5 2020

---

**NOTICE TO Yong Gui, Danian Chen, Lijun Lin, Shaolin Liang, Li Yao & Yingfeng Zhang**

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/shanda If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.

# The New York Times

### INTERNATIONAL EDITION

620 Eighth Ave, New York, NY 10018 USA

# PROOF OF PUBLICATION

_January 17_ **201_9_**

I, *Cathy Zike,* am over the age of 18 years and a citizen of the United States. In my capacity as a Principal Clerk of the Publisher of **The New York Times INTERNATIONAL EDITION,** a daily newspaper printed in Paris, France and circulated in major cities in Europe, North Africa, the Middle East, Far East and the Americas. I hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times INTERNATIONAL EDITION** on the following date or dates, to wit on

_January 7, 2019    PG 7_

_Cathy Zike_

Sworn before me the

_17_ day of _Jan_, 201_9_

_Deirdre C. Heignan_

Notary Public

---

**NOTICE TO Yong Gui, Danian Chen, Lijun Lin, Shaolin Liang, Li Yao & Yingfeng Zhang**

You are named as a defendant in the case In re Shanda Games Ltd. Sec. Litig., No. 18-cv-02463, in the Southern District of New York. The case alleges you violated U.S. laws and seeks money damages and other relief. The complaint and summons can be found at http://info.labaton.com/shanda If you do not appear in the case or contact the plaintiff at +1-212-907-0700, a judgment may be entered against you in 21 days.