UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE SHANDA GAMES LIMITED
SECURITIES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/2/2020

18-cv-02463 (ALC)

**Order**

-------------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

      Upon consideration of Plaintiff's request to further amend the Amended Complaint ("AC") by letter motions, ECF Nos. 66, 68, and in Plaintiff's motion for re-consideration briefing, it is hereby ORDERED that:

- Plaintiff's request to amend the AC to add a named plaintiff is DENIED; and

- Plaintiff's request to amend the AC to address the deficiencies identified in the Court's Orders dismissing the complaint and denying reconsideration, ECF Nos. 57, 70, is GRANTED.

Plaintiff is directed to file an amended complaint on or before October 23, 2020. The parties are directed to file a joint status report a week after the filing of the amended complaint.

**SO ORDERED.**
Dated: New York, New York
       October 2, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge