AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  1:18-cv-02463-ALC |
| | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Capitalhold Limited
c/o Conyers Trust Company (Cayman) Limited
P.O. Box 2681
Cricket Square, Hutchins Drive
George Town, Grand Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carol C. Villegas
Labaton Sucharow LLP
140 Broadway
New York, NY  10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  October 27, 2020

/S/  S.  James

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:18-cv-02463-ALC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CAPITALHOLD LIMITED

was received by me on *(date)*  28 OCTOBER 2020       .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  LORI-ANN DAILEY OF CONYERS TRUST COMPANY (CAYMAN) LIMITED       , who is

designated by law to accept service of process on behalf of *(name of organization)*   CAPITALHOLD

LIMITED _____ on *(date)* 28 OCTOBER 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.


Date:  28 OCTOBER 2020       _____
                                                            *Server's signature*

                              CHANDRA SOLOMON, PARALEGAL
                              *Printed name and title*


                    CAREY OLSEN, LEVEL 7, WILLOW HOUSE, CRICKET
                                        *Server's address*
                    SQUARE, GRAND CAYMAN, CAYMAN ISLANDS

Additional information regarding attempted service, etc: