MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 29, 2022

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Case No. 1:18-CV-02463 (ALC) |
|---|---|

**ORDER
FOR STAY AND ENTRY OF FINAL JUDGMENT**

WHEREAS, on June 1, 2018, the Court appointed David Monk as Lead Plaintiff and his counsel, Labaton Sucharow LLP, as Lead Counsel (ECF No. 11);

WHEREAS, on August 13, 2018, Lead Plaintiff filed his Class Action Complaint for Violations of the Federal Securities Laws asserting claims on behalf of a class of former stockholders and former owners of American Depository Shares ("ADS") against Defendants Shanda Games Limited ("Shanda") and Defendants Yingfeng Zhang ("Zhang"), Li Yao, Lijun Lin, Heng Wing Chan, Yong Gui, Shaolin Liang, and Danian Chen (collectively, the "Individual Defendants"), alleging violations of the Securities and Exchange Act of 1934 ("the Exchange Act") (ECF No. 25);

WHEREAS, on September 30, 2019, the Court issued an Order granting Shanda and the Individual Defendants' motion to dismiss (ECF No. 57);

WHEREAS, on October 2, 2020, the Court granted Lead Plaintiff's motion for reconsideration to amend the complaint and cure the deficiencies identified in the Court's September 30, 2019 Order (ECF No. 71);

WHEREAS, on October 23, 2020, Lead Plaintiff filed his Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "SAC") against Defendants Shanda, Capitalcorp Limited, and Capitalhold Limited (collectively, the "Capital Defendants") and the

Individual Defendants, together the "Defendants," alleging violations of the Exchange Act (ECF No. 72);

WHEREAS, on March 31, 2022, the Court issued an Order (the "Order") dismissing Counts I and IV of the SAC as to all defendants and dismissing Counts II and III as to all defendants except defendant Zhang (the "Dismissed Claims"); (ECF No. 103).

WHEREAS, the only remaining claims in this action are Counts II and III against Defendant Zhang (the "Remaining Claims");

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Clerk is directed to enter judgment in favor of the Dismissed Claims as to Defendants Shanda, Capitalcorp Limited, Capitalhold Limited, Li Yao, Lijun Lin, Heng Wing Chan, Yong Gui, Shaolin Liang, and Danian Chen.

2. The judgment of the Dismissed Claims against the Dismissed Defendants is final pursuant to Federal Rule of Civil Procedure 54(b), there being no just reason for delay;

3. All substantive proceedings in this Action before this Court are hereby stayed until the resolution of any appeal of the final judgments set forth above.  Any Party may move the Court to lift this stay if doing so is in the interest of justice.


SO ORDERED, at New York, N.Y.,

___November 29___, 2022

_____
Hon. ANDREW L. CARTER, JR.
United States District Judge