**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
IN RE SHANDA GAMES LIMITED
SECURITIES LITIGATION

                                       18 **CIVIL** 2463 (ALC)

                                       **RULE 54(B) JUDGMENT**

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 29, 2022, judgment is entered in favor of the Dismissed Claims as to Defendants Shanda, Capitalcorp Limited, Capitalhold Limited, Li Yao, Lijun Lin, Heng Wing Chan, Yong Gui, Shaolin Liang, and Danian Chen. The judgment of the Dismissed Claims against the Dismissed Defendants is final pursuant to Federal Rule of Civil Procedure 54(b), there being no just reason for delay. All substantive proceedings in this Action before this Court are hereby stayed until the resolution of any appeal of the final judgments set forth above. Any Party may move the Court to lift this stay if doing so is in the interest of justice.

**Dated:**  New York, New York
          December 1, 2022

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                         **BY:**    *K. Mango*
                                                  **Deputy Clerk**