**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Case No. 18-CV-02463 (ALC)<br>Hon. Andrew L. Carter Jr. |

**LEAD PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiff David Monk ("Lead Plaintiff"), individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Second Circuit from the final judgment, issued pursuant to Rule 54(b) on November 29, 2022. ECF No. 110. Lead Plaintiff files this appeal of the dismissal of claims against Defendants Shanda, Capitalcorp Limited, Capitalhold Limited, Li Yao, Lijun Lin, Heng Wing Chan, Yong Gui, Shaolin Liang, and Danian Chen.

DATED: December 2, 2022

LABATON SUCHAROW LLP

By: */s/ Carol C. Villegas*

Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
dschwartz@labaton.com
jbissell-linsk@labaton.com

***Attorneys for Lead Plaintiff David Monk and Lead Counsel for the Proposed Class***