UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE SHANDA GAMES LIMITED SECURITIES :
LITIGATION :
:
: 18-CV-2463 (ALC)
:
: **ORDER**
:
:
:
:
:
:
:
------------------------------------------------------------------ :
:
x

**ANDREW L. CARTER, JR., District Judge:**

This action is currently stayed pending appeal. As the Plaintiffs' request for a pre-motion conference has been resolved by the entry of the order at ECF No. 110, the Clerk of Court is respectfully directed to terminate the open motion at ECF No. 107.

SO ORDERED.

**Dated:**     **New York, New York**
               **January 30, 2023**

                         *(signature)*

                         **ANDREW L. CARTER, JR.**
                         **United States District Judge**