UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Case No. 1:18-cv-02463-ALC<br><br>Hon. Andrew L. Carter Jr. |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective January 9, 2024, Labaton Sucharow LLP changed its name to the following:

**Labaton Keller Sucharow LLP**
**140 Broadway**
**New York, New York 10005**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other Labaton Keller Sucharow LLP attorneys remain unchanged.

Dated: January 17, 2024

**LABATON KELLER SUCHAROW LLP**

By: */s/ Carol C. Villegas*
Carol C. Villegas
Jake Bissell-Linsk
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
cvillegas@labaton.com
jbissell-linsk@labaton.com

*Attorneys for Lead Plaintiff*
*David Monk and Lead Counsel*
*for the Proposed Class*