**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                             :

  **IN RE SHANDA GAMES LIMITED**        :     **1:18-cv-02463 (ALC)**
  **SECURITIES LITIGATION**                :
                                             :     **ORDER**

-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties are directed to file a joint status report by April 8, 2025.

**SO ORDERED.**

**Dated: March 28, 2025**
      **New York, New York**            _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**