**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
:
:
:
**IN RE SHANDA GAMES LIMITED**          :      1:18-cv-02463 (ALC)
**SECURITIES LITIGATION**               :
:      <u>ORDER</u>
:
:
:
:
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to file a joint status report by April 29, 2025.

**SO ORDERED.**

**Dated: April 9, 2025**
   New York, New York                        _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**