MANDATE

1:18-cv-02463-ALC

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand twenty-five.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________________
DATE FILED: ___5/6/2025 __

Before: Debra Ann Livingston,
*Chief Judge*,
Dennis Jacobs,
Raymond J. Lohier, Jr.,
*Circuit Judges.*

---

IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION

------------------------------------------------------------------

**JUDGMENT**

Docket No. 22-3076

David Monk,

Lead-Plaintiff - Appellant,

Astor BK Realty Trust, on behalf of itself and all others similarly situated,

Plaintiff,

v.

Shanda Games Limited, Yingfeng Zhang, Li Yao, Lijun Lin, Heng Wing Chan, Yong Gui, Shaolin Liang, Danian Chen,

Defendants - Appellees,

Capitalcorp Limited, Capitalhold Limited,

Defendants.

---

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

MANDATE ISSUED ON 05/06/2025

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part and VACATED in part, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit