UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
:
:
IN RE SHANDA GAMES LIMITED           :     1:18-cv-02463 (ALC)
SECURITIES LITIGATION                :
:     <u>**CONFERENCE ORDER**</u>
:
:
:
:
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are hereby ORDERED to appear before this Court in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, for an in-person status conference on November 11, 2025 at 11 a.m. Eastern Time.

**SO ORDERED.**

**Dated: October 28, 2025**
  New York, New York                              _____
                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**