UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :

**IN RE SHANDA GAMES LIMITED**     :     1:18-cv-02463 (ALC)
**SECURITIES LITIGATION**                    :
                                                :     **CONFERENCE ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are hereby ORDERED to appear before this Court in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, for an in-person status conference on November 6, 2025 at 11 a.m. Eastern Time.

**SO ORDERED.**

**Dated: October 28, 2025**
       New York, New York                                **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**