

Jake Bissell-Linsk
Partner
Labaton Keller Sucharow LLP
140 Broadway
New York, New York 10005
212.907.0731
JBissell-Linsk@labaton.com

January 21, 2026

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *In re Shanda Games Ltd. Sec. Litig.*, No. 1:18-cv-02463-ALC

Dear Judge Carter:

Court-appointed Lead Plaintiff David Monk, proposed additional Plaintiffs Altimeo Asset Management, MW Gestion, and MW Optimum (collectively, "Plaintiffs"), and Defendant Shanda Games Limited ("Shanda," and together with Plaintiffs, the "Parties") jointly submit this letter informing the Court that the Parties have agreed to participate in a mediation scheduled for March 19, 2026, in connection with the resolution of the above captioned action.

In the interests of judicial efficiency and economy, the Parties respectfully request that this Court extend the briefing schedule, and all deadlines related thereto, as Ordered on January 15, 2026 (the "Order") (ECF No. 131) through the Parties' upcoming mediation on March 19, 2026. As such, the Parties request that the deadlines set in the Order be extended as follows:

| Deadline | Current Due Date | New Proposed Due Date |
|---|---|---|
| Plaintiffs' Motion for Leave to Amend | February 5, 2026 | April 20, 2026 |
| Defendants' Response to Motion for Leave to | February 19, 2026 | May 4, 2026 |
| Plaintiffs' Reply on Motion for Leave to Amend, if any | February 26, 2025 | May 11, 2026 |

Pursuant to Your Honor's Individual Rule 1D, we note that there have been no previous requests to adjourn or extend these deadlines. Following the March 19, 2026 mediation session, the Parties may submit a renewed request to stay or further extend the deadline for this briefing, if doing so would be prudent in light of progress made in the mediation.



New York | Delaware | London | Washington, D.C.



Hon. Andrew L. Carter Jr.
January 21, 2026
Page 2


Respectfully submitted,

| | |
|---|---|
| */s/ Jake Bissell-Linsk* | */s/ Abby F. Rudzin* |
| Carol C. Villegas | Abby F. Rudzin |
| David J. Schwartz | **O'MELVENY & MYERS LLP** |
| Jake Bissell-Linsk | 1301 Avenue of the Americas |
| **LABATON KELLER SUCHAROW LLP** | New York, New York 10036 |
| 140 Broadway | Telephone: (212) 326-2000 |
| New York, New York 10005 | Facsimile: (212) 326-2061 |
| Telephone: (212) 907-0700 | Email: arudzin@omm.com |
| Facsimile: (212) 818-0477 | |
| Email: cvillegas@labaton.com | *Counsel for Defendant Shanda Games Limited* |
| Email: dschwartz@labaton.com | |
| Email: jbissell-linsk@labaton.com | |

*Lead Counsel for Lead Plaintiff and the Proposed Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Michael Grunfeld
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: mgrunfeld@pomlaw.com

*Counsel for Proposed Additional Plaintiffs Altimeo Asset Management, MW Gestion, and MW Optimum, and Proposed Additional Counsel for the Class*