**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-02463-ALC |

**LEAD PLAINTIFF'S NOTICE OF FILING SETTLEMENT AGREEMENT**

Court-appointed Lead Plaintiff David Monk and proposed additional Plaintiffs Altimeo Asset Management, MW Gestion, and MW Optimum, hereby submit:

Exhibit 1 - Stipulation and Agreement of Settlement, dated October 13, 2026

Filing was attempted on October 13, 2026 between 11:15 pm and midnight, but the ECF system was down and the filing was not successful. Lead Plaintiff will promptly file a motion seeking preliminary approval of the proposed Settlement and entry of an order setting a date for the final settlement approval hearing, approving the forms of notice to the settlement class, and prescribing the method for giving notice of the proposed Settlement to the settlement class.

Dated: October 14, 2026

Respectfully submitted,

*/s/ Jake Bissell-Linsk*

Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
Emily N. Gault
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
dschwartz@labaton.com
jbissell-linsk@labaton.com
egault@labaton.com

*Lead Counsel for Lead Plaintiff David Monk and the proposed Settlement Class*

Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

Email: jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
bcordovi@pomlaw.com

*Counsel for Altimeo Asset Management, MW Gestion, MW Optimum and the proposed Settlement Class*