**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SHANDA GAMES LIMITED SECURITIES LITIGATION | Civil Action No. 1:18-cv-02463-ALC |

# LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff David Monk ("Lead Plaintiff") and proposed additional Plaintiffs Altimeo Asset Management, MW Gestion, and MW Optimum (together with Lead Plaintiff, "Plaintiffs"), on behalf of themselves and all other members of the proposed Settlement Class, through court-appointed Lead Counsel Labaton Keller Sucharow LLP, hereby move this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (e)(1): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) preliminarily certifying the Settlement Class and appointing Class Representatives and Class Counsel, for purposes of the Settlement only; (iii) approving the form and manner of providing notice of the Settlement to the Settlement Class, including the procedures and deadlines for objecting, requesting exclusion, and submitting Claim Forms; (iv) scheduling a date for the final Settlement Hearing; and (v) granting such other and further relief as the Court may deem fair and proper.

The motion is unopposed and Defendant Shanda Games Limited ("Shanda," n/k/a Finplus Games Limited) supports the relief requested.

The motion is based on Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and the Declaration of Jake Bissell-Linsk, dated October 20, 2026 with annexed exhibits, filed herewith. A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Settling Parties, with annexed exhibits, is also submitted herewith.

DATED: October 20, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Jake Bissell-Linsk*

Carol C. Villegas
David J. Schwartz
Jake Bissell-Linsk
Emily N. Gault
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: cvillegas@labaton.com
dschwartz@labaton.com
jbissell-linsk@labaton.com
egault@labaton.com

*Lead Counsel for Lead Plaintiff and the proposed Settlement Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
Michael Grunfeld
Brandon M. Cordovi
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
mgrunfeld@pomlaw.com
bcordovi@pomlaw.com

*Counsel for Altimeo Asset Management, MW Gestion and MW Optimum and the proposed Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

/s/ *Jake Bissell-Linsk*
JAKE BISSELL-LINSK